UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. <u>20-3050-MJ-OTAZO-REYES</u>

IN RE: SEALED CRIMINAL COMPLAINT

_____/

## MOTION TO UNSEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the docket, Criminal Complaint dated June 29, 2020, Affidavit in Support of Application for Criminal Complaint dated June 29, 2020, Arrest Warrants, Criminal Cover Sheet, Motion to Seal, and Sealing Order dated June 29, 2020, be UNSEALED, for the reason that two of the defendants have been arrested in the Middle District of Florida, and confidentiality of the Criminal Complaint is no longer necessary.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289